**Jeffrey McCLELLAN, Plaintiff— Appellant,**

v.

**Brenda LEWIS, Defendant—Appellee.**

**No. 09–7498.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 4, 2010.

Decided: Feb. 22, 2010.

Jeffrey McClellan, Appellant Pro Se. Elizabeth Kay Dillon, Adam Swann, Guynn, Memmer & Dillon, PC, Salem, Virginia, for Appellee.

Before SHEDD, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey McClellan appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McClellan v. Lewis,* No. 3:08–cv–00260–REP, 2009 WL 2434141 (E.D.Va. Aug. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*